**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Circus of the Star, Inc.,

Plaintiff,

vs.

Rainier Industries, Ltd.,

Defendant.

**Case No. 00-1608 PAM/JGL**

**STIPULATION AND PROPOSED ORDER**

---

In order to provide the parties sufficient time to attempt to resolve this matter through mediation, it is hereby stipulated between the parties that defendant Rainier Industries, Ltd., shall have thirty (30) additional days in which to plead or otherwise answer the Complaint.

Dated: July 14, 2000.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By____________________
Corey L. Gordon (125726)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: 612-349-0634
Fax: 612-339-3141

**ATTORNEYS FOR PLAINTIFF**

Dated: July 18, 2000

**WINTHROP & WEINSTINE**

By____________________
Eric J. Nystrom (194189X)

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Phone: 612-347-0700
Fax: 612-347-0600

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED.**

____________________
Magistrate Judge Jonathan Lebedoff

Dated: July 19, 2000.

FILED 7-19-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________