UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Circus of the Star, Inc.,

Plaintiff,

v.

Rainier Industries Ltd.,

Defendant.

Civil No.: 00-1608 PAM/JGL

STIPULATION AND
ORDER FOR DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED by plaintiff Circus of the Star, Inc. and defendant Rainier Industries Ltd., by their respective counsel, that plaintiff's claims against defendant are dismissed with prejudice and on the merits, without further cost to any party.

Dated: August 9, 2000

ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.

By: [signature]
Corey L. Gordon, #125726

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Telephone: (612) 349-0634
Facsimile: (612) 339-3141

Attorneys for Plaintiff
Circus of the Star, Inc.

FILED AUG 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 8, 2000

WINTHROP & WEINSTINE, P.A.

By: ______________________
Eric J. Nystrom, #19489X
Karl E. Robinson, #274045

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 290-8400
Facsimile: (651) 292-9347

Attorneys for Defendant
Rainier Industries Ltd.

SO ORDERED.

Dated: August 15, 2000

BY THE COURT:

______________________
Paul A. Magnuson
Chief Judge, United States District Court

STP1: 549856-1